[No. 25994–6–I.   Division One.   November 5, 1990.]

THE CITY OF SEATTLE, *Respondent,* v. THEODORE W. DAHLQUIST, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–05467–0, Carol A. Schapira, J., entered March 19, 1990. *Remanded* by unpublished per curiam opinion.

[No. 24854–5–I.   Division One.   November 5, 1990.]

DEAN EDWARD HOWELL, *Appellant,* v. THE DEPARTMENT OF HEALTH, PROFESSIONAL LICENSE SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89–2–05178–6, Paul D. Hansen, J., entered September 28, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Winsor, JJ.

[No. 24996–7–I.   Division One.   November 5, 1990.]

JOHN MAHONEY, *Appellant,* v. UNIGARD SECURITY INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–20966–1, Faith Enyeart, J., entered September 22, 1989. *Affirmed* by unpublished opinion per Deierlein, J. Pro Tem., concurred in by Pekelis and Winsor, JJ.